*Asset List for claim*

Vanessa Braziel

Notice of Seizure

Asset List

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on September 4, 2019 by the ATF at Lubbock, Texas.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 19-ATF-035409 | Sig Sauer (SIG-ARMS) 1911 Pistol CAL:45 SN:54B029889 | $500.00 | 54B029889 |
| 19-ATF-035414 | Glock Inc. 43 Pistol CAL:9 SN:ABXL909 | $480.00 | ABXL909 |
| 19-ATF-035416 | Smith & Wesson 1950 Revolver CAL:45 SN:S85617 | $400.00 | S85617 - |
| 19-ATF-035419 | Glock GMBH 22 Pistol CAL:40 SN:HNT719 | $400.00 | HNT719 |
| 19-ATF-035421 | Savage Arms Inc. (CD) 64 Rifle CAL:22 SN:1602678 | $120.00 | 1602678 |
| 19-ATF-035423 | Mossberg 500 Shotgun CAL:12 SN:V0148479 | $300.00 | V0148479 |
| 19-ATF-035424 | Ruger GP100 Revolver CAL:357 SN:177-62135 | $650.00 | 177-62135 |
| 19-ATF-035425 | Smith & Wesson SD9VE Pistol CAL:9 SN:HEN8712 | $250.00 | HEN8712 |
| 19-ATF-035427 | Glock Inc. 23 Pistol CAL:40 SN:AAKT629 | $400.00 | AAKT629 |
| 19-ATF-035428 | Taurus Rossi R92 Rifle CAL:38 SN:5IN179396 | $50.00 | 5IN179396 |
| 19-ATF-035429 | Glock GMBH 19 Pistol CAL:9 SN:NZL802 | $600.00 | NZL802 |
| 19-ATF-035430 | Sig Sauer (Sig-Arms) 1911 C3 Pistol CAL:45 SN:GS48516 | $600.00 | GS48516 |
| 19-ATF-035433 | Glock Inc. 30S Pistol CAL:45 SN:ULF059 | $400.00 | ULF059 |
| 19-ATF-035434 | Kral AV Sanayi Raptor Shotgun CAL:20 SN:KRA016877 | $50.00 | KRA016877 |
| 19-ATF-035436 | Spike's Tactical LLC SL15 Rifle CAL:Multi SN:SAR21456 | $1,000.00 | SAR21456 |
| 19-ATF-035437 | Browning B2000 Shotgun CAL:12 SN:51100C47 | $50.00 | 51100C47 |
| 19-ATF-035438 | Sig Sauer (SIG-ARMS) P938 SAS Pistol CAL:9 SN:52B081114 | $450.00 | 52B081114 |
| 19-ATF-035439 | Beretta USA Corp U22 NEOS Pistol CAL:22 SN:R69560 | $300.00 | R69560 |
| 19-ATF-035440 | Colt M4 Carbine Rifle CAL:556 SN:LE136871 | $150.00 | LE136871 |
| 19-ATF-035441 | Unknown Manufacturer Unknown Pistol CAL:Unknown SN:NONE | $400.00 | NONE |
| 19-ATF-035442 | Yildiz Shotgun IND. NBD TS870 Shotgun CAL:12 SN:0111734 | $100.00 | 0111734 |
| 19-ATF-035443 | Remington Arms Company, Inc. 700 Rifle CAL:270 SN:A6444393 | $1,200.00 | A6444393 |
| 19-ATF-035472 | Smith & Wesson 686 Revolver CAL:357 SN:BRK2892 | $450.00 | BRK2892 |
| 19-ATF-035476 | Springfield Armory, Geneseo, IL SOCOM 16 Rifle CAL:308 SN:380679 | $100.00 | 380679 |
| 19-ATF-035479 | Heritage MFG. INC. Rough Rider Revolver CAL:22 SN:154550 | $400.00 | 154550 |
| 19-ATF-035483 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:NONE | $50.00 | NONE |
| 19-ATF-035489 | Howa 1500 Rifle CAL:308 SN:B189149 | $900.00 | B189149 |
| 19-ATF-035490 | Unknown Manufacturer Unknown Pistol CAL:Unknown SN:NONE | $200.00 | NONE |
| 19-ATF-035492 | Unknown Manufacturer Unknown Pistol CAL:Unknown SN:NONE | $200.00 | NONE |