IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>APPROXIMATELY TWENTY-NINE (29) FIREARMS AND FIREARM ACCESSORIES,<br><br>    Defendant. | CIVIL NO. 5:20-cv-147 |

## CERTIFICATE OF INTERESTED PERSONS

    I, Gregory S. Martin, counsel for the United States of America, do hereby certify, pursuant to Local Rules 3.1(c) and 3.2(e) of the Northern District of Texas, that other than the United States of America, and the known possible claimants, Marcus Anthony Braziel and Vanessa Braziel, I am currently unaware of any person, organization, or other legal entity who is financially interested in the outcome of this case.

    Respectfully submitted,

    ERIN NEALY COX
    UNITED STATES ATTORNEY

    */s/ Gregory S. Martin*
    GREGORY S. MARTIN
    Assistant United States Attorney
    California Bar No. 294482
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    Facsimile: 214-659-8803
    gregory.martin2@usdoj.gov