UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PLAINTIFF | § | CIVIL NO. 5:20-CV-147-C |
| | § | |
| V. | § | |
| | § | **VERIFIED CLAIM FOR** |
| APPROXIMATELY TWENTY-NINE (29) | § | **SEIZED PROPERTY** |
| FIREARMS AND FIREARM | § | |
| ACCESSORIES, | § | |
| | § | |
| DEFENDANT | § | |

**VERIFIED CLAIM**

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims of Federal Rules of Civil Procedure, I, Vanessa Braziel, hereby claim and demand the return and/or release of the following seized items in the instant case:

1. Every item identified in "Exhibit A" of the Verified Complaint for Forfeiture Against Personal Property and attached again hereto.

My interest in the property is that I lawfully held the defendant property that was seized from my Lubbock, Texas home for the purposes of lawful collection of firearms. The property seized from Lubbock, Texas is my property. It is not contraband.

**Verified Claim**
**Page 1**

I hereby verify that the averments contained in the foregoing Claim are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the law of the State of Texas and the United States that the foregoing is true and correct.

Date: July \_\_\_31\_\_\_, 2020

Vanessa Braziel

Subscribed and sworn to before me by Vanessa Braziel on this 31 day of July 2020.



Notary Public, State of Texas

Respectfully submitted,

Hurley & Guinn

*/s/ Daniel W. Hurley*
SBN 10310200
1805 13th Street
Lubbock, Texas 79401
Telephone: (806) 771-0700
Fax: (806) 763-8199
Email: dwh@hurleyguinn.com
Attorneys for Claimant, Vanessa Braziel

**Verified Claim**
**Page 2**

## PROOF OF SERVICE

I, Daniel W. Hurley, the undersigned, am the attorney of record for Vanessa Braziel. I have caused service of the Verified Claim for Seized Property on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them:

Gregory S. Martin
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

*/s/ Daniel W. Hurley*
Daniel W. Hurley
