IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY TWENTY-NINE (29) | ) |
| FIREARMS AND FIREARM | ) |
| ACCESSORIES, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:20-CV-147-C |

### ORDER

The Court hereby **ORDERS** that the United States provide a response, by no later than 21 days from the date of this Order, to the Claimants' verified claims for seized property. *See* Docs. 5-6.

SO ORDERED this 10th day of August, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE